IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| LABORATORY CORPORATION OF | ) | |
|---|---|---|
| AMERICA HOLDINGS and DIANON | ) | |
| SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:05CV00995 |
| | ) | |
| G. BERRY SCHUMANN, M.D. and | ) | |
| SCHUMANN CYTOLOGY | ) | |
| LABORATORIES, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Beaty, District Judge.

On June 28, 2006, the United States Magistrate Judge's Order and Recommendation [Document #30] was filed and notice was served on the parties pursuant to 28 U.S.C. § 636(b). Plaintiffs Laboratory Corporation of America Holdings and Dianon Systems, Inc. filed timely Objections. [Document #32]. The Court has now reviewed the Objections and the portions of the Recommendation to which objections were made, and has made a *de novo* determination that is in accord with the United States Magistrate Judge's rulings. The Court will adopt the Recommendation and transfer the case to the District of Connecticut pursuant to 28 U.S.C. § 1404(a). IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss for Lack of Jurisdiction or in the Alternative to Transfer to the District of

Connecticut [Document #7] is GRANTED as to the Motion to Transfer and this case is thereby DISMISSED.

This, the 28th day of September, 2006.

                                                  United States District Judge