IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LABORATORY CORPORATION OF )
AMERICA HOLDINGS and DIANON )
SYSTEMS, INC., )
 )
      Plaintiffs, )
 )
v. )    1:05CV00995
 )
G. BERRY SCHUMANN, M.D. and )
SCHUMANN CYTOLOGY )
LABORATORIES, INC., )
 )
 )
      Defendants. )

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment, IT IS ORDERED AND ADJUDGED that Defendants' Motion to Dismiss for Lack of Jurisdiction or in the Alternative to Transfer to the District of Connecticut [Document #7] is GRANTED as to the Motion to Transfer and this case is thereby DISMISSED.

This, the 28th day of September, 2006.

                                            United States District Judge